**Order entered July 19, 2017**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00065-CR

**CEDRIC LAMON JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-24931-N**

## ORDER

The eight-volume reporter's record was filed May 30, 2017. The volume labeled as volume 7 was, however, a copy of volume 6. On July 17, 2017, a corrected volume 7 was received.

We **STRIKE** the May 30, 2017 volume 7 and **ORDER** the July 17, 2017 corrected volume 7 filed as of the date of this order.

/s/    ADA BROWN
        JUSTICE